UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OFFSHORE MARINE CONTRACTORS, INC.** | **CIVIL ACTION NO: 2:10-cv-04151** |
| **VERSUS** | **CHIEF JUDGE VANCE** |
| **PALM ENERGY OFFSHORE, L.L.C., ET AL.** | **MAGISTRATE KNOWLES** |

**ORDER**

Considering the *Joint Motion to Extend Cut-Off Dates and Reschedule Pretrial Conference and Trial Dates* filed herein by Offshore Marine Contractors, Inc., ("OMCI"), Chet Morrison Well Services, LLC, Palm Energy Offshore, LLC, and H.C. Resources, LLC, and for the reasons stated therein:

**IT IS ORDERED** that the trial of this matter previously scheduled to begin on April 2, 2012 be continued, the pretrial conference previously scheduled for March 15, 2012 be rescheduled, and that the deadlines established in the Scheduling Order (Doc. 12) be extended, to be reset via a scheduling conference at a date set by this Honorable Court.

**IT IS FURTHER ORDERED THAT** a scheduling conference be held by telephone on the ___23rd___ day of ___February___, 2012, beginning at __10:30__ o'clock _a_.m. to schedule a new trial date, pre-trial date, and establish new deadlines. The Court will be represented by its Case Manager.

**SIGNED** on this _11th_ day of ___January___, 2012, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE SARAH H. VANCE