**MINUTE ENTRY**
**KNOWLES, M.J.**
**JANUARY 9, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OFFSHORE MARINE CONTRACTORS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4151** |
| **PALM ENERGY OFFSHORE, L.L.C., ET AL.** | **SECTION "R" (3)** |

On this date, Offshore Marine, Inc.'s Motion to Quash Subpoenas [Doc. #111] came on for oral hearing before the undersigned. Present were Martin Bohman and Victor Loraso on behalf of plaintiff, Holly Thompson on behalf of defendant Palm Energy Offshore, L.L.C., and Bob Reich and Michael Wawrzycki on behalf of defendant Chet Morrison Well Services, L.L.C. For the reasons stated on the record,

**IT IS ORDERED** that Offshore Marine, Inc.'s Motion to Quash Subpoenas [Doc. #111] is TAKEN UNDER ADVISEMENT.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

```
MJSTAR(00:13)
```