UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**OFFSHORE MARINE CONTRACTORS, INC.**                               **CIVIL ACTION**

**VERSUS**                                                                                       **NO. 10-4151**

**PALM ENERGY OFFSHORE, L.L.C., ET AL.**                      **SECTION "R" (3)**

ORDER RESETTING ORAL HEARING

Before the Court is Chet Morrison's Unopposed Motion to Continue Motion for Sanctions [Doc. #144].

The motion is granted.

**IT IS ORDERED** that the **Motion for Sanctions for Improperly Objecting and Instructing Deponents [Doc. #133]** is **RESET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, April 3, 2013 at 11:00 a.m.** in Courtroom B 305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 19th day of February, 2013.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**