UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE MARINE CONTRACTORS, INC. | CIVIL ACTION |
| VERSUS | NO: 10-4151 |
| PALM ENRGY OFFSHORE, LLC, ET AL. | SECTION: R(3) |

## ORDER AND REASONS

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly, the Court GRANTS Palm Energy Offshore's Supplemental Motion for Fees. IT IS ORDERED that Palm Energy Offshore be awarded attorneys' fees in the amount of $62, 927.50 and costs in the amount of $691.31.

New Orleans, Louisiana, this ___10th____ day of September, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE